# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murtha, J. Garvan | U.S. District Court - Vermont | 05/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States District Court
P.O. Box 760
Brattleboro, VT 05302-0760

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | [redacted] Limited Partnership #4 |
| 2. | Beneficiary | Trust #1 |
| 3. | Trustee | Trust #2 |
| 4. | Beneficiary | Trust #3 |
| 5. | Trustee | Trust #4 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accenture PLC Stock | A | Dividend | J | T | | | | | |
| 2. AT&T Stock | A | Dividend | J | T | | | | | |
| 3. Atmos Energy Stock | A | Dividend | J | T | | | | | |
| 4. Bank of the Islands Account | A | Interest | J | T | | | | | |
| 5. Bank of Nova Scotia Stock | A | Dividend | | | Sold | 06/24/13 | J | A | |
| 6. BSL Money Mkt Fund | A | Interest | J | T | | | | | |
| 7. CME Group Stock | A | Dividend | J | T | | | | | |
| 8. Columbia Crest Gold Corp Stock | | None | J | T | | | | | |
| 9. Consumer Discretionary Fund | A | Dividend | J | T | | | | | |
| 10. Covidien Stock | A | Dividend | J | T | | | | | |
| 11. DWA Tech Leaders Fund | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 12. Ecolab Common Stock | A | Dividend | J | T | | | | | |
| 13. Emerson Electric Stock | A | Dividend | J | T | | | | | |
| 14. Exxon-Mobil Common Stock | A | Dividend | J | T | | | | | |
| 15. Federal Home Loan Bond | A | Interest | J | T | | | | | |
| 16. First TR SR FL II Fund | A | Dividend | J | T | | | | | |
| 17. First Trust Consumer Fund | A | Dividend | J | T | Buy | 06/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Trust Exchange Fund | A | Interest | J | T | Buy | 06/28/13 | J | | |
| 19. Franklin Strategic Fund | A | Dividend | J | T | | | | | |
| 20. Guggenheim China Fund | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 21. Guggenheim S&P 500 Fund | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 22. Guggenheim S&P Midcap Fund | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 23. Hartford Floating Rate Fund | A | Dividend | J | T | | | | | |
| 24. Healthcare Select SPDR Fund | A | Dividend | J | T | | | | | |
| 25. IBM Stock | A | Dividend | J | T | | | | | |
| 26. Intel Corp. Stock | A | Dividend | J | T | | | | | |
| 27. iShares Barclays 7-10 Yr Fund | A | Dividend | J | T | | | | | |
| 28. iShares Barclays 10-20 Fund | A | Dividend | | | Sold | 12/18/13 | J | | |
| 29. iShares Barclays 20 Yr Fund | A | Dividend | | | Sold | 09/11/13 | J | | |
| 30. iShares Cohen & Steers Fund | A | Dividend | | | Sold | 07/12/13 | J | A | |
| 31. iShares Iboxx Fund | A | Dividend | J | T | | | | | |
| 32. iShares Midcap Index Fund | A | Dividend | J | T | | | | | |
| 33. iShares Select Fund | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 34. iShares Small Cap 600 Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. iShares Trust Dow Jones Fund | A | Dividend | J | T | | | | | |
| 36. iShares U.S. Healthcare Fund | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 37. Johnson Controls Stock | A | Dividend | | | Sold | 02/14/13 | J | | |
| 38. JPM Chase Capital Stock | A | Dividend | | | Sold | 05/18/13 | J | | |
| 39. Kayne Anderson MLP Fund | A | Dividend | J | T | | | | | |
| 40. Mainstay High Yield Fund | A | Dividend | J | T | | | | | |
| 41. Matthews Asian Fund | A | Dividend | J | T | | | | | |
| 42. Matthews China Fund | A | Dividend | | | Sold | 06/24/13 | J | | |
| 43. McDonald's Corp. Stock | A | Dividend | J | T | | | | | |
| 44. MFS Utilities FD CL I Fund | A | Dividend | J | T | | | | | |
| 45. ML Bank Deposit Account | A | Interest | J | T | | | | | |
| 46. Northern Trust Gov't Select Fund | A | Interest | J | T | | | | | |
| 47. Pepsico Common Stock | A | Dividend | J | T | | | | | |
| 48. Powershares Exchange Fund | A | Dividend | K | T | Buy | 09/19/13 | K | | |
| 49. Powershares Preferred Fund | A | Dividend | | | Sold | 12/18/13 | J | | |
| 50. Procter & Gamble Stock | A | Dividend | J | T | | | | | |
| 51. Sector SPDR Consmrs STPL Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sector SPDR Financial Fund | A | Dividend | J | T | | | | | |
| 53. SPDR KBW Ins. Fund | A | Dividend | J | T | Buy | 06/17/13 | J | | |
| 54. SPDR S P Divid ETF Fund | A | Dividend | J | T | | | | | |
| 55. SPDR S P Biotech Fund | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 56. Sunamerica Strategic Fund | A | Dividend | | | Sold | 11/04/13 | J | A | |
| 57. Sysco Corp. Stock | A | Dividend | | | Sold | 06/27/13 | J | A | |
| 58. Thermo Fisher Scientific Stock | A | Dividend | J | T | | | | | |
| 59. Vanguard Emerging Mkts Stock | A | Dividend | J | T | | | | | |
| 60. Vanguard Industrial ETF Fund | A | Dividend | J | T | Buy | 12/18/13 | J | | |
| 61. Vanguard Infl. Prot. Fund | A | Interest | J | T | | | | | |
| 62. Vanguard MSCI European Fund | A | Dividend | J | T | | | | | |
| 63. Vanguard Total Stk Fund | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 64. Waste Management Stock | A | Dividend | | | Sold | 06/27/13 | J | A | |
| 65. Wisdom Tree Equity Income Fund | A | Dividend | | | Sold | 06/27/13 | J | | |
| 66. Wisdom Tree Emerging Debt Fund | A | Interest | | | Sold | 06/24/13 | J | A | |
| 67. Wisdom Tree European Fund | A | Interest | J | T | Buy | 09/18/13 | J | | |
| 68. Merchants Bank Accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Brattleboro Tennis Club, VT Stock | | None | J | W | | | | | |
| 70. ▨ Limited Partnership #4 | G | Int./Div. | | | Closed | 06/04/13 | P2 | | Various Family Trusts |
| 71. - Conn St Health Bds | | | | | Sold | 05/13/13 | L | A | |
| 72. - Conn St Tax Oblig Bds | | | | | Sold | 05/13/13 | L | B | |
| 73. - East Htfd Ct Bds | | | | | Sold | 05/13/13 | M | B | |
| 74. - Easton Ct Bds | | | | | Sold | 05/13/13 | M | A | |
| 75. - General Electric Bond | | | | | Sold | 05/10/13 | L | A | |
| 76. - Griswold Ct Bond | | | | | Sold | 02/01/13 | L | | |
| 77. - iShares High Yield Bd Fund | | | | | Sold | 05/13/13 | M | D | |
| 78. - iShares Inc. MSCI CDA Index Fund | | | | | Sold | 04/29/13 | J | | |
| 79. - Morgan J.P. Chase Bds | | | | | Sold | 05/13/13 | L | A | |
| 80. - Municipal Assist Corp GO Bds | | | | | Sold | 05/13/13 | L | A | |
| 81. - Omaha Neb Rev Ref Bds | | | | | Sold | 05/13/13 | L | B | |
| 82. - Pasadena Tx Rev Ref Bds | | | | | Sold | 05/13/13 | L | A | |
| 83. - Peters Sch Dist Wash Ref Bds | | | | | Sold | 05/13/13 | L | B | |
| 84. - Public Storage Bond | | | | | Sold | 05/02/13 | K | | |
| 85. - Regional Sch Dist Conn. Bond | | | | | Sold | 04/15/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Shelton Ct Bds | | | | | Sold | 05/13/13 | L | A | |
| 87.  - Southington Ct Bonds | | | | | Sold | 02/01/13 | L | | |
| 88.  - SPDR Gold Shs Fund | | | | | Sold | 05/13/13 | M | | |
| 89.  -S/W Ill Dev Auth Bds | | | | | Sold | 05/13/13 | L | A | |
| 90.  - Vanguard REIT | | | | | Sold | 05/13/13 | L | B | |
| 91.  - Vanguard Short Term Bds | | | | | Sold | 04/15/13 | M | A | |
| 92.  - Verizon Bds | | | | | Sold | 05/10/13 | L | A | |
| 93.  - Wal-Mart Bonds | | | | | Sold | 05/10/13 | L | A | |
| 94.  - Wells Fargo Bond | | | | | Sold | 05/07/13 | L | A | |
| 95.  - Yum Brands Stock | | | | | Sold | 01/16/13 | L | | |
| 96.  Trust #4 | F | Int./Div. | P1 | T | Spinoff (from line 70) | 06/04/13 | P1 | | |
| 97.  - Abbott Labs Stock | | | | | Sold | 09/30/13 | K | C | |
| 98.  - American Electric Power Stock | | | | | Sold | 09/12/13 | J | A | |
| 99.  - Apple Stock | | | | | | | | | |
| 100.  - AT&T Stock | | | | | | | | | |
| 101.  - Automatic Data Processing Stock | | | | | | | | | |
| 102.  - BA Diversified Real Est Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Caterpillar Stock | | | | | | | | | |
| 104.  - Coca Cola Stock | | | | | | | | | |
| 105.  - Columbia Mid Cap Fd | | | | | Sold | 09/26/13 | L | E | |
| 106.  - Columbia Small Cap Fd | | | | | Sold | 09/26/13 | L | E | |
| 107.  - Covidien Stock | | | | | | | | | |
| 108.  - CSX Corp. Stock | | | | | | | | | |
| 109.  - Diageo Stock | | | | | | | | | |
| 110.  - Disney Stock | | | | | | | | | |
| 111.  - Duke Energy Stock | | | | | | | | | |
| 112.  - EMC Stock | | | | | Sold | 08/20/13 | K | | |
| 113.  - Exxon Mobil Stock | | | | | | | | | |
| 114.  - Nextera Energy Stock | | | | | | | | | |
| 115.  - Franklin Res Stock | | | | | | | | | |
| 116.  - Home Depot Stock | | | | | | | | | |
| 117.  - IBM Stock | | | | | Sold | 08/20/13 | K | | |
| 118.  - Intel Stock | | | | | Sold | 08/20/13 | J | | |
| 119.  - iShares Midcap Fund | | | | | Buy | 08/20/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - iShares Inc. MSCI Austral. Index Fund | | | | | Sold | 08/20/13 | J | A | |
| 121. - iShares Inc. MSCI Singapore Index Fund | | | | | Sold | 08/20/13 | J | A | |
| 122. - iShares Small Cap Fund | | | | | Buy | 08/20/13 | K | | |
| 123. - Johnson & Johnson Stock | | | | | | | | | |
| 124. - McDonald's Stock | | | | | | | | | |
| 125. - McKesson Corp. Stock | | | | | | | | | |
| 126. - Microsoft Stock | | | | | | | | | |
| 127. - Morgan J.P. Chase Stock | | | | | | | | | |
| 128. - Nestle Stock | | | | | | | | | |
| 129. - Novo-Nordisk Stock | | | | | | | | | |
| 130. - Procter & Gamble Stock | | | | | | | | | |
| 131. - Qualcom Stock | | | | | | | | | |
| 132. - Royal Dutch Shell Stock | | | | | | | | | |
| 133. - Target Stock | | | | | Sold | 09/12/13 | K | | |
| 134. - Teva Pharmaceutical Stock | | | | | | | | | |
| 135. - United Technologies Stock | | | | | | | | | |
| 136. - Vanguard MSCI Emerging Mkts Fund | | | | | Sold | 08/20/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Trust Company of VT - IRA | C | Div. & Int. | M | T | | | | | |
| 138.  - 3M Stock | | | | | | | | | |
| 139.  - Abbott Labs Stock | | | | | | | | | |
| 140.  - AbbVie Stock | | | | | Buy | 01/08/13 | J | | |
| 141.  - Accenture Ltd. Stock | | | | | | | | | |
| 142.  - Air Products & Chemical Stock | | | | | | | | | |
| 143.  - Apache Corp. Stock | | | | | | | | | |
| 144.  - Apple Stock | | | | | | | | | |
| 145.  - Applied Materials Stock | | | | | | | | | |
| 146.  - Atmos Energy Stock | | | | | | | | | |
| 147.  - Colgate Palmolive Stock | | | | | | | | | |
| 148.  - Conoco Phillips Stock | | | | | Sold | 02/14/13 | J | A | |
| 149.  - Covidien P/C Stock | | | | | Buy | 02/14/13 | J | | |
| 150.  - EMC Stock | | | | | | | | | |
| 151.  - Emerson Electric Stock | | | | | | | | | |
| 152.  - Franklin Res. Stock | | | | | | | | | |
| 153.  - HCP Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Illinois Tool Wks Stock | | | | | | | | | |
| 155. - iShare Midcap Fund | | | | | | | | | |
| 156. - iShare Small Cap Fund | | | | | | | | | |
| 157. - Johnson & Johnson Stock | | | | | | | | | |
| 158. - Johnson Controls Stock | | | | | | | | | |
| 159. - Matthews Asian Fund | | | | | | | | | |
| 160. - Matthews China Fund | | | | | Sold | 06/28/13 | J | | |
| 161. - Maxim Integrated Prods. Stock | | | | | Sold | 02/14/13 | J | A | |
| 162. - McDonald's Stock | | | | | | | | | |
| 163. - National Oilwell Varco Stock | | | | | Buy | 02/11/13 | J | | |
| 164. - Northern Trust Gov't Select Fund | | | | | | | | | |
| 165. - Novartis Stock | | | | | | | | | |
| 166. - Pepsico, Inc. Stock | | | | | | | | | |
| 167. - PIMCO Emerging Bond Fund | | | | | | | | | |
| 168. - PIMCO Short Term Inst'l Fund | | | | | | | | | |
| 169. - Procter & Gamble Stock | | | | | | | | | |
| 170. - Qualcom Stock | | | | | Buy | 02/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Royal Dutch Shell Stock | | | | | | | | | |
| 172. - Southern Stock | | | | | | | | | |
| 173. - Spectra Energy Stock | | | | | | | | | |
| 174. - Stryker Corp. Stock | | | | | Sold | 02/14/13 | J | A | |
| 175. - Target Corp. Stock | | | | | | | | | |
| 176. - Teva Pharma Stock | | | | | | | | | |
| 177. - United Technologies Stock | | | | | | | | | |
| 178. - US Bancorp Stock | | | | | | | | | |
| 179. - US Tips Bond | | | | | | | | | |
| 180. - Vanguard Emerging Mkts Fund | | | | | | | | | |
| 181. - Vanguard Short Term Bond Fund | | | | | Sold | 02/14/13 | J | | |
| 182. - Wells Fargo Stock | | | | | | | | | |
| 183. - Wisdom Tree Emerging Debt Fund | | | | | | | | | |
| 184. - Wisdom Tree Emerging Markets Fund | | | | | | | | | |
| 185. Trust #2 | | None | | | Distributed | 01/31/13 | M | A | Trust Beneficiaries |
| 186. - Dreyfus Tax Exempt Cash Fund | | | | | Sold | 01/31/13 | M | A | |
| 187. Merrill Lynch IRA | C | Div. & Int. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Consumer Discretionary Fund | | | | | Sold | 10/16/13 | J | | |
| 189. - DWA Tech Leaders Fund | | | | | | | | | |
| 190. - First Tr Consumer Discrt Fund | | | | | | | | | |
| 191. - First Tr Exchg Traded Fund | | | | | | | | | |
| 192. - First Tr SR Fl II Fund | | | | | | | | | |
| 193. - Franklin Strategic Fund | | | | | | | | | |
| 194. - Guggenheim China Small Fund | | | | | Buy | 10/16/13 | J | | |
| 195. - Guggenheim S&P 500 Fund | | | | | | | | | |
| 196. - Guggenheim S&P Midcap Fund | | | | | | | | | |
| 197. - Hartford Floating Rate Fund | | | | | | | | | |
| 198. - iShares Cohen & Steers Fund | | | | | Sold | 07/30/13 | J | A | |
| 199. - iShares Gold TR Fund | | | | | Sold | 06/07/13 | J | | |
| 200. - iShares MSCI Mexico Free Fund | | | | | Sold | 06/05/13 | J | A | |
| 201. - iShares MSCI Thailand Fund | | | | | Sold | 06/05/13 | J | | |
| 202. - iShares Select Fund | | | | | Buy | 06/07/13 | J | | |
| 203. - iShares TR Fund | | | | | Sold | 06/07/13 | J | A | |
| 204. - iShares Trust Dow Fund | | | | | Sold | 06/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - iShares U.S. Healthcare Fund | | | | | Buy | 06/07/13 | J | | |
| 206. - JPM Chase Cap XI Stock | | | | | Sold | 05/08/13 | J | | |
| 207. - JPM Chase Cap XVI Stock | | | | | Sold | 05/08/13 | J | | |
| 208. - Kayne Anderson MLP Fund | | | | | | | | | |
| 209. - Legg Mason BW Global Fund | | | | | Sold | 09/18/13 | J | A | |
| 210. - Mainstay High Yield Fund | | | | | | | | | |
| 211. - Market Vectors Agr Business Fund | | | | | Sold | 09/18/13 | J | A | |
| 212. - PIMCO Emerg Mkts Bd Fund | | | | | | | | | |
| 213. - PowerShares Exchange Fund | | | | | | | | | |
| 214. - PowerShares QQQ Trust Fund | | | | | | | | | |
| 215. - Sector SPDR Biotech Fund | | | | | | | | | |
| 216. - Sector SPDR Consmrs Fund | | | | | | | | | |
| 217. - Sector SPDR Divid Fund | | | | | Buy | 06/07/13 | J | | |
| 218. - Sector SPDR Financial Fund | | | | | | | | | |
| 219. - Sector SPDR Gold Trust Fund | | | | | Sold | 12/18/13 | J | A | |
| 220. - Sector SPDR Home Builders Fund | | | | | Sold | 07/29/13 | J | A | |
| 221. - Sector SPDR KBW Insurance Fund | | | | | Buy | 06/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. - Sector SPDR Pharmaceuticals Fund | | | | | Sold | 07/29/13 | J | | |
| 223. - Sector SPDR Utilities Fund | | | | | Sold | 10/16/13 | J | | |
| 224. - SunAmerica Strategic Fund | | | | | Sold | 11/04/13 | J | A | |
| 225. - Vanguard European Fund | | | | | | | | | |
| 226. - Vanguard Industrial Fund | | | | | Buy | 12/18/13 | J | | |
| 227. - Vanguard Total Fund | | | | | | | | | |
| 228. - Wells Fargo Cap IX Fund | | | | | Sold | 02/04/13 | J | | |
| 229. - Wisdom Tree Eur Fund | | | | | Buy | 05/08/13 | J | | |
| 230. Trust #1 Income Beneficiary | D | Distribution | M | T | | | | | |
| 231. Trust #3 Income Beneficiary | D | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 05/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Garvan Murtha**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544